ACCEPTED
04-17-00341-CR
FOURTH COURT OF APPEALS
10/31/2017 11:54 AM

## No. 04-17-00341-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| | § | |
| **VS.** | § | **FOURTH COURT** |
| | § | |
| | § | |
| **DANIEL JEREMY TORRES** | § | **OF APPEALS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/31/2017 11:54:43 AM
KEITH E. HOTTLE
CLERK

## FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Daniel Jeremy Torres, Appellant in the above styled and numbered cause, and moves this Court to grant a first extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 226th District Court of Bexar County, Texas.

2. The case below was styled the STATE OF TEXAS VS. DANIEL JEREMY TORRES, and numbered 2016-CR-4390A

3. Appellant was convicted of Murder

4. Notice of appeal was given on May 22, 2017.

5. The clerk's record was filed on June 30, 2017; the reporter's record was filed on October 5, 2017.

6. The appellate brief is presently due on November 6, 2017.

7. Appellant requests an additional extension of time of 30 days from the present date, i.e. December 6, 2017.

8. No extensions to file the brief have been received in this cause.

9. Appellant relies on the following facts as good cause for the requested extension:

    a. Trial Setting in County Court at Law 7 on October 24, 2017;

b. Trial Setting in the 175th District Court on October 23, 2017;

c. Trial Setting in the 144th District Court on October 20, 2017;

d. Trial Setting in the County Court at Law 5 on October 18,2017;

e. Trial Setting in County Court at Law 7 on October 18, 2017.

Counsel for Appellant would request additional time to adequately brief the issues to the Court. Counsel has had numerous trial settings and the Appellants Reporter's Record consists of five volumes.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

ZARKA ALLEN LAW FIRM, PLLC
310 S. St. Mary's St., Suite 1720
SAN ANTONIO, TX 78205
Tel: (210) 468-0400
Fax: (210) 855-5630

By: _____

Matthew Allen
State Bar No. 24087094
E-Mail: matthew@zalawfirm.com
Attorney for Daniel Jeremy Torres

## CERTIFICATE OF SERVICE

This is to certify that on October 31, 2017, a true and correct copy of the above and foregoing document was served on the District Attorney's Officer, Bexar County, Bexar County Criminal District Attorney's Officer: Paul Elizondo Tower, 101 W. Nueva, 4th Floor, San Antonio, Texas 782015, via e-service.

_____
Matthew Allen